IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **FRACTUS, S.A.** § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD.; § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC.; SAMSUNG § <br> TELECOMMUNICATIONS AMERICA, § <br> LLC; SAMSUNG ELECTRONICS § <br> RESEARCH INSTITUTE; SAMSUNG § <br> SEMICONDUCTOR EUROPE GMBH; LG § <br> ELECTRONICS, INC.; LG ELECTRONICS § <br> U.S.A., INC.; RESEARCH IN MOTION § <br> LTD.; RESEARCH IN MOTION CORP.; § <br> PANTECH WIRELESS, INC.; PANTECH § <br> CO., LTD; KYOCERA AMERICA, INC., § <br> KYOCERA WIRELESS CORP., § <br> KYOCERA COMMUNICATIONS INC., § <br> KYOCERA CORPORATION; PALM, INC.; § <br> HIGH TECH COMPUTER CORP.; HTC § <br> AMERICA, INC.; SHARP § <br> CORPORATION; SHARP ELECTRONICS § <br> CORP.; UTSTARCOM, INC.; PERSONAL § <br> COMMUNICATIONS DEVICES § <br> HOLDINGS, LLC; SANYO ELECTRIC § <br> CO., LTD.; AND SANYO NORTH § <br> AMERICA CORP., § <br> § <br> Defendants. § | Civil Action No. 6:09cv203 <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION AND STIPULATION ON EXTENSION OF TIME
AND WAIVER OF SERVICE**

Plaintiff Fractus, S.A. has agreed to give Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Electronics Research Institute; Samsung Semiconductor Europe GMBH; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Mobilecomm USA, Inc.; High Tech Computer Corp.; HTC America, Inc.; Sanyo Electric Co., Ltd.; and Sanyo North America Corp. 75 days from the filing of the First Amended Complaint, which is July 20, 2009, to answer.

1

Defendants Samsung Electronics Co., Ltd.; Samsung Electronics Research Institute; Samsung Semiconductor Europe GMBH; LG Electronics, Inc.; High Tech Computer Corp.; HTC America, Inc.; and Sanyo Electric Co., Ltd. have agreed to waive service and also to answer within said 75 days from filing.

Plaintiff has permission of counsel for the above Defendants to file this Motion.

DATED:  May 26, 2009            Respectfully submitted,

By: /s/ Justin A. Nelson
    T. John Ward, Jr.
    State Bar No. 00794818
    WARD AND SMITH LAW FIRM
    111 W. Tyler St.
    Longview, Texas 75601
    Telephone (903) 757-6400
    Facsimile (903) 757-2323
    E-mail: jw@jwfirm.com

    Max L. Tribble, Jr. – Lead Counsel
    State Bar No. 20213950
    mtribble@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666

    Justin A. Nelson
    State Bar No. 24034766
    jnelson@susmangodfrey.com
    Genevieve Vose
    WA Bar No. 38422
    gvose@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1201 Third Ave, Suite 3800
    Seattle, WA 98101
    Telephone: (206) 516-3880
    Facsimile:  (206) 516-3883

    Michael F. Heim
    State Bar No. 09380923
    mheim@hpcllp.com
    Fiona A. Bell

State Bar No. 24052288
fbell@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street
Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2001
Facsimile: (713) 221-2021

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone:  (903) 561-1600
Facsimile:  (903) 561-1071

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com


Attorneys for FRACTUS S.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 26th day of May, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

/s/ Justin A. Nelson
Justin A. Nelson