## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **FRACTUS, S.A.**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG ELECTRONICS RESEARCH INSTITUTE; SAMSUNG SEMICONDUCTOR EUROPE GMBH; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; RESEARCH IN MOTION LTD.; RESEARCH IN MOTION CORP.; PANTECH WIRELESS, INC.; PANTECH CO., LTD; KYOCERA AMERICA, INC., KYOCERA WIRELESS CORP., KYOCERA COMMUNICATIONS INC., KYOCERA CORPORATION; PALM, INC.; HIGH TECH COMPUTER CORP.; HTC AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORP.; UTSTARCOM, INC.; PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC; SANYO ELECTRIC CO., LTD.; AND SANYO NORTH AMERICA CORP.,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>**Civil Action No. 6:09cv203**<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

Plaintiff has filed a Joint Motion and Stipulation on Extension of Time and Waiver of Service. The Court finds that the Motion should be **GRANTED**.

The Court **ORDERS** that the Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Electronics Research Institute; Samsung Semiconductor Europe GMBH; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Mobilecomm USA, Inc.; High Tech Computer Corp.;

951377v1/011156

HTC America, Inc.; Sanyo Electric Co., Ltd.; and Sanyo North America Corp. file their answers no later than July 20, 2009.

The Court also **ORDERS** that the Defendants Samsung Electronics Co., Ltd.; Samsung Electronics Research Institute; Samsung Semiconductor Europe GMBH; LG Electronics, Inc.; High Tech Computer Corp.; HTC America, Inc.; and Sanyo Electric Co., Ltd. file their answers no later than July 20, 2009.