IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FRACTUS, SA., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al, <br><br> Defendants. | CIVIL ACTION NO. 6:09-cv-203 (LED) |

**ORDER GRANTING**
**SHARP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

CAME ON FOR CONSIDERATION Defendants', Sharp Corporation and Sharp Electronics Corporation (collectively "Sharp"), motion under Fed. R. Civ. 12(b)(6) to dismiss the present action for failure to state a claim and, in the alternative, move under Fed. R. 12(e) for a more definite statement.

After due consideration, the Court hereby dismisses Fractus's complaint against the Sharp Defendants. The costs of Court are assessed against the party incurring same.

-1-

1498862