IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| v. | § | CASE NO. 6:09cv203 |
| | § | |
| SAMSUNG ELECTRONICS CO., | § | |
| LTD., ET AL. | § | |

ORDER

Comes now the Court and pursuant to the status conference held on November 2, 2009, orders that the following dates be incorporated into the Docket Control Order which is due by November 16, 2009:

| | |
|---|---|
| *Markman* | September 2, 2010 at 9:00 a..m. before Judge Love; |
| Pre-Trial Conference | April 21, 2011 at 9:00 a.m. before Judge Love; |
| Jury Selection | May 2, 2011 at 9:00 a..m. before Judge Davis; |
| Jury Trial | May 9, 2011 at 9:00 a.m. before Judge Davis. |

**So ORDERED and SIGNED this 5th day of November, 2009.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE