IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FRACTUS, S.A. <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG ELECTRONICS RESEARCH INSTITUTE; SAMSUNG SEMICONDUCTOR EUROPE GMBH; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; RESEARCH IN MOTION LTD.; RESEARCH IN MOTION CORP.; PANTECH WIRELESS, INC.; PANTECH CO., LTD; KYOCERA AMERICA, INC., KYOCERA WIRELESS CORP., KYOCERA COMMUNICATIONS INC., KYOCERA CORPORATION; PALM, INC.; HIGH TECH COMPUTER CORP.; HTC AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORP.; UTSTARCOM, INC.; PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC; SANYO ELECTRIC CO., LTD.; AND SANYO NORTH AMERICA CORP., <br><br> Defendants. | Civil Action No. 6:09cv203 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE WITH PATENT RULES 3-1 AND 3-2**

Plaintiff Fractus, S.A. ("Fractus") files this Notice to inform the Court that its Disclosure of Asserted Claims and Preliminary Infringement Contentions required by Patent Rule 3-1, the Disclosure regarding document production required by Patent Rule 3-2, and document production pursuant to Patent Rule 3-2 were sent to counsel for Defendants on November 6, 2009 via Federal Express.

DATED: November 6, 2009          Respectfully submitted,

                    By: */s/ Genevieve Vose*
                         T. John Ward, Jr.
                         State Bar No. 00794818
                         WARD AND SMITH LAW FIRM
                         111 W. Tyler St.
                         Longview, Texas 75601
                         Telephone (903) 757-6400
                         Facsimile (903) 757-2323
                         E-mail: jw@jwfirm.com

                         Max L. Tribble, Jr. – Lead Counsel
                         State Bar No. 20213950
                         mtribble@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
                         1000 Louisiana Street, Suite 5100
                         Houston, Texas 77002
                         Telephone: (713) 651-9366
                         Facsimile: (713) 654-6666

                         Justin A. Nelson
                         State Bar No. 24034766
                         jnelson@susmangodfrey.com
                         Genevieve Vose
                         WA Bar No. 38422
                         gvose@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
                         1201 Third Ave, Suite 3800
                         Seattle, WA 98101
                         Telephone: (206) 516-3880
                         Facsimile: (206) 516-3883

                         Michael F. Heim
                         State Bar No. 09380923
                         mheim@hpcllp.com
                         Fiona A. Bell
                         State Bar No. 24052288
                         fbell@hpcllp.com
                         HEIM, PAYNE & CHORUSH, L.L.P.
                         600 Travis Street
                         Suite 6710
                         Houston, Texas 77002
                         Telephone: (713) 221-2001
                         Facsimile: (713) 221-2021

                         Otis W. Carroll
                         State Bar No. 03895700
                         nancy@icklaw.com
                         IRELAND CARROLL AND KELLEY, P.C.
                         6101 South Broadway, Suite 500
                         P.O. Box 7879

Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com


Attorneys for FRACTUS S.A.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 6th day of November, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).


                                                s/ *Genevieve Vose*