**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FRACTUS, S.A.,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **NO.  6:09-CV-00203-LED-JDL** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD., et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION TO ENTER PROTECTIVE ORDER AND ESI ORDER AND RULE
ON DISPUTED ISSUES IN BOTH**

Pursuant to the Court's December 14, 2009 Order (Dkt. No. 233), the parties submit a joint protective order that is agreed in part and disputed in part (Exhibit A) and an ESI Order that is agreed in part and disputed in part (Exhibit B).  The parties have highlighted the disputes in yellow with their respective arguments in footnotes.  The parties respectfully request that the Court rule on the disputed issues in both the protective order and the ESI order and enter appropriate orders for each.

Dated: December 18, 2009                    Respectfully submitted,


/s/ *Winstol D. Carter*
Winstol D. Carter, Jr.
State Bar No. 03932950
James L. Beebe
State Bar No. 24038708
1000 Louisiana Street, Suite 4000
Houston, TX. 77002
(713) 890-5000 Telephone
(713) 890-5007 Facsimile
wcarter@morganlewis.com
jbeebe@morganlewis.com

Collin W. Park
Admitted Pro Hac Vice
Thomas E. Nelson
Admitted Pro Hac Vice
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile
cpark@morganlewis.com
tnelson@morganlewis.com

**ATTORNEYS FOR DEFENDANTS LG
ELECTRONIC INC., LG ELECTRONICS
U.S.A., INC., AND LG ELECTRONICS
MOBILECOMM U.S.A., INC.**


/s/ William LaFuze (with permission)
William L. LaFuze
State Bar No. 11792500
Attorney-in-Charge
wlafuze@velaw.com
Steven R. Borgman
State Bar No. 02670300
sborgman@velaw.com
Vinson & Elkins L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: 713.758.2595
Facsimile: 713.615.5317

Scott W. Breedlove
State Bar No. 00790361
sbreedlove@velaw.com
David Joshua Tobin
State Bar No. 24060735
dtobin@velaw.com
Vinson & Elkinns L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975
Telephone: 214.220.7700
Facsimile: 214.220.7716

Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

Joe W. Redden, Jr.
Federal I.D. No.2139
State Bar No. 16660600
BECK REDDEN & SECREST, L.L.P.
l22I McKinney Street, Suite 4500
Houston, TX770l0
(713) 951-3700
Fax: (713) 951-3720
Email: jredden@brsfirm.com

**ATTORNEYS FOR DEFENDANTS
RESEARCH IN MOTION, LTD. AND
RESEARCH IN MOTION
CORPORATION**

/s/ Michael E. Jones (with permission)
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton, P.C.
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: 903.597.8311

Facsimile: 903.593.0846

*Of Counsel*
Neil P. Sirota
State Bar No. 2562155
neil.sirota@bakerbotts.com
Chang Sik Kim
State Bar No. 4213021
changsik.kim@bakerbotts.com
Eric J. Faragi
State Bar No. 4300687
Eric.faragi@bakerbotts.com
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: 212.408.2500
Facsimile: 212.259.2501

Michael J. Barta
State Bar No. 431663
michael.barta@bakerbotts.com
Baker Botts LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.639.7703
Facsimile: 202.585.1058

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLP, SAMSUNG ELECTRONICS RESEARCH INSTITUTE, AND SAMSUNG SEMICONDUCTOR EUROPE GMBH**

/s/ Melissa Richards Smith (with permission)
Melissa Richards Smith
State Bar No. 24001351
melissa@gilliamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Hae-Chan Park
VA State Bar No. 48640
hpark@park-law.com
Jiri F. Smetana
DC State Bar No. 481218
jsmetana@park-law.com
H. C. Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, Virginia 22182
Telephone: 703.288.5105
Facsimile: 703.288.5139

**ATTORNEYS FOR DEFENDANT
PANTECH WIRELESS, INC.**


/s/ David C. Doyle (with permission)
David C. Doyle
State Bar No. 70690
ddoyle@mofo.com
M. Andrew Woodmansee
State Bar No. 201780
mawoodmansee@mofo.com
Greg Reilly
State Bar No. 250232
greilly@mofo.com
Thomas C. Chen
State Bar No. 262782
tchen@mofo.com
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Melissa Richards Smith
State Bar No. 24001351
melissa@gilliamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

**ATTORNEYS FOR DEFENDANTS
KYOCERA WIRELESS CORP.,**

**KYOCERA COMMUNICATIONS, INC.,
AND PALM, INC.**


/s/ David G. Wille (with permission)
David G. Wille
State Bar No. 00785250
david.wille@bakerbotts.com
Samir A. Bhavsar
State Bar No. 00798065
Samir.Bhavsar@bakerbotts.com
Ryan S. Loveless
State Bar No. 24036997
ryan.loveless@bakerbotts.com
Roshan S. Mansinghani
State Bar No. 24057026
roshan.mansinghani@bakerbotts.com
Baker Botts LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone: 214.953.6500
Facsimile: 214.953.6503

**ATTORNEYS FOR DEFENDANTS HIGH
TECH COMPUTER CORP. AND HTC
AMERICA, INC.**


/s/ Robert W. Adams (with permission)
Robert W. Adams
State Bar No. 30820
rwa@nixonvan.com
Gordon P. Klancnik
State Bar No. 48459
gpk@nixonvan.com
Updeep S. Gill
State Bar No. 36076
usg@nixonvan.com
Nixon & Vanderhye P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia
Telephone: 703.816.4000
Facsimile: 703.816.4100

Melvin R. Wilcox, III
State Bar No. 21454800
mrw@yw-lawfirm.com

Yarbrough – Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191

**ATTORNEYS FOR DEFENDANTS
SHARP CORPORATION AND SHARP
ELECTRONICS CORP.**


/s/ Alison Tucher (with permission)
Alison Tucher
State Bar No. 171363
atucher@mofo.com
Harold J. McElhinny
State Bar No.
hmcelhinny@mofo.com
Morrison & Foerster, LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Melissa Richards Smith
State Bar No. 24001351
melissa@gilliamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

**ATTORNEYS FOR DEFENDANT
UTSTARCOM, INC.**


/s/ Donald C. Templin (with permission)
Donald C. Templin
State Bar No. 19771500
don.templin@haynesboone.com
Layne Steven Keele
State Bar No. 24050856
layne.keele@haynesboone.com
Haynes & Boone
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Telephone: 214.651.5000
Facsimile: 214.651.5940

Carrie A. Longstaff
State Bar No. 4427977
clongstaff@gibbonslaw.com
Gibbons PC
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: 973.596.4629
Facsimile: 973.639.8379

Frank A. Bruno
State Bar No. 3028032
fbruno@gibbonslaw.com
Thomas R. DeSimone, State Bar No. 4405585
tdesimone@gibbonslaw.com
Gibbons PC
1 Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: 212.613.2000
Facsimile: 212.290.2018

**ATTORNEYS FOR DEFENDANT**
**PERSONAL COMMUNICATIONS**
**DEVICES HOLDINGS, LLC**

/s/ Breighanne A. Eggert (with permission)
Breighanne A. Eggert
State Bar No. 6289475
Breighanne.eggert@kattenlaw.com
Michael A. Dorfman
State Bar No. 6255860
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
State Bar No. 2899612
timothy.vezeau@kattenlaw.com
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061

Melissa Richards Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com

Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

**ATTORNEYS FOR SANYO ELECTRIC
CO., LTD. AND SANYO NORTH
AMERICA CORP.**


/s/ Genevieve Vose (with permission)
Justin A. Nelson
State Bar No. 24034766
jnelson@susmangodfrey.com
Genevieve Vose
WA Bar No. 38422
gvose@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

T. John Ward, Jr.
State Bar No. 00794818
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
E-mail: jw@jwfirm.com

Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael F. Heim
State Bar No. 09380923
mheim@hpcllp.com
Fiona A. Bell
State Bar No. 24052288

fbell@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street
Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2001
Facsimile: (713) 221-2021

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

**ATTORNEYS FOR FRACTUS S.A.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of December, 2009.

*/s/ Winstol D. Carter, Jr.*
Winstol D. Carter, Jr.