IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Fractus, S.A. | § | |
| | § | Civil Action No. 6:09-cv-203 |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| | § | |
| Samsung Electronics Co., Ltd., et al | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER AND AMENDED DISCOVERY ORDER

Before the Court is Defendants Research in Motion, Ltd., Research in Motion Corporation, Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Samsung Electronics Research Institute, Samsung Semiconductor Europe GMBH, LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Mobilecomm USA, Inc., Pantech Wireless, Inc., Kyocera Wireless Corporation, Kyocera Communications, Inc., Palm, Inc., HTC Corporation, HTC America, Inc., Sharp Corporation, Sharp Electronics Corp., UTStarcom, Inc., Personal Communications Devices Holdings, LLC, Sanyo Electronics Co., Ltd., and Sanyo North America Corp. ("Defendants") Unopposed Motion to Amend the Docket Control Order and Amended Discovery Order. After consideration of same, the Court is of the opinion that said motion is GRANTED.

IT IS THEREFORE ORDERED that the Docket Control Order ("DCO") and Amended Discovery Order (DO) is modified as follows:

| ACTION | CURRENT DUE DATE | NEW DUE DATE |
|---|---|---|
| Comply with P.R. 3-3 and 3-4- Invalidity Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to Patent Rule 3-6. Defendant shall join additional parties. It is not necessary to file a motion to join additional parties prior to this date. Thereafter, it is necessary to obtain leave of Court to join additional parties. Defendant shall assert any counterclaims. After this deadline, leave of Court must be obtained to assert any counterclaims. Add any inequitable conduct allegations to pleadings. It is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings prior to this date. Thereafter, it is necessary to obtain leave of Court to add inequitable conduct allegations to pleadings. | February 17, 2010 | February 24, 2010 |
| Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. | April 18, 2010 | April 18, 2011 |
| Paragraph 1 of Amended Discovery Order, Initial Disclosures | February 19, 2010 | February 26, 2010 |

**So ORDERED and SIGNED this 8th day of February, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A07\6808\0017\W0417294.1 }