IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Fractus, S.A. § | |
| § | |
| Vs. § | |
| § | Civil Action No. 6:09cv203 |
| Samsung Electronics Co., Ltd.; § | |
| Samsung Electronics America, Inc.; § | Jury Trial Demanded |
| Samsung Telecommunications America, LLC; § | |
| Samsung Electronics; § | |
| Research Institute; § | |
| Samsung Semiconductor Europe GMBH; § | |
| LG Electronics, Inc.; § | |
| LG Electronics U.S.A., Inc.; § | |
| LG Electronics Mobilecomm U.S.A.; § | |
| Research In Motion Ltd.; § | |
| Research In Motion Corp.; § | |
| Pantech Wireless, Inc.; § | |
| Pantech Co., Ltd; § | |
| Kyocera America, Inc.; § | |
| Kyocera Wireless Corp.; § | |
| Kyocera Communications Inc.; § | |
| Kyocera Corporation; § | |
| Palm, Inc.; § | |
| High Tech Computer Corp.; § | |
| HTC America, Inc.; § | |
| Sharp Corporation; § | |
| Sharp Electronics Corp.; § | |
| Utstarcom, Inc.; § | |
| Personal Communications Devices Holdings, § | |
| LLC; § | |
| Sanyo Electric Co., Ltd.; and § | |
| Sanyo North America Corp., § | |

**NOTICE OF COMPLIANCE WITH LOCAL PATENT RULES 3-3 AND 3-4,
DEFENDANTS' PATENT INVALIDITY CONTENTIONS**

Defendants Sharp Corporation and Sharp Electronics Corporation hereby notify the Court that they have served on counsel of record for Plaintiff, the disclosures required by P.R. 3-3 and 3-4 on February 24, 2010.

Respectfully submitted,

DATED: February 25, 2010

*/s/ Melvin R. Wilcox,* III
Melvin R. Wilcox, III
State Bar No. 21454800
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone: (903) 595-1133
Facsimile: (903) 595-0191
mrw@yw-lawfirm.com

*Attorneys for Sharp Corporation and Sharp Electronics Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and/or served electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on February 25, 2010

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III