IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § § § | Civil Action No. 6:09-cv-203 (LED-JDL) |
| v. | § § | Jury Trial Demanded |
| | § § | |
| SAMSUNG ELECTRONICS CO., LTD., et al | § § | |

# DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON
# MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS (DKT. 275)

Pursuant to Local Rule CV-7(g), Defendants Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLP, Samsung Electronics Research Institute, and Samsung Semiconductor Europe GMBH hereby respectfully request oral argument on the Motion to Limit the Number of Asserted Claims (Dkt. 275) in the above-captioned matter. At least the following defendants also join in this request: Research In Motion LTD, Research in Motion Corp., Pantech Wireless, Inc., Pantech Co., Ltd., Kyocera America, Inc., Kyocera Wireless Corp., Kyocera Communications, Inc., Kyocera Corp., Palm, Inc., HTC Corp., HTC America, Inc., UTStarcom, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A. These defendants make this request because the issues involved in this Motion are sufficiently complex to the point that oral arguments would aid in a complete understanding.

Dated: March 5, 2010                               Respectfully submitted,


                                                   */s/ Michael E. Jones*
                                                   Michael E. Jones
                                                   State Bar No. 10929400

mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Neil P. Sirota, State Bar No. 2562155
neil.sirota@bakerbotts.com
Chang Sik Kim, State Bar No. 4213021
changsik.kim@bakekrbotts.com
Eric J. Faragi, State Bar No. 4300687
Eric.faragi@bakerbotts.com
Robert L. Maier
robert.maier@bakerbotts.com
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2500
Fax: (212) 408-2501

Michael J. Barta, State Bar No. 431663
Michael.barta@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 639-7703
Fax: (202) 585-1058

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG ELECTRONICS RESEARCH INSTITUTE, AND SAMSUNG SEMICONDUCTOR EUROPE GMBH**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 5, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

      */s/ Michael E. Jones*
      Michael E. Jones