IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | Civil Action No. 6:09-cv-203 (LED-JDL) |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| et al. | § | |
| | § | |

## DEFENDANTS' NOTICE AND CERTIFICATION REGARDING CONFIDENTIALITY DISPUTE PURSUANT TO PARAGRAPH 5 OF THE PROTECTIVE ORDER (DKT. 266)

Pursuant to Paragraph 5 of the Protective Order entered in this action (Dkt. 266), Defendants Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLP, Samsung Electronics Research Institute, and Samsung Semiconductor Europe GMBH ("Defendants") hereby respectfully certify that Defendants have challenged the confidentiality of the P.R. 3-1 Infringement Contentions ("Infringement Contentions") served by Plaintiff Fractus S.A. ("Fractus") on Defendants on November 6, 2009; that Defendants in accordance with Paragraph 5 of the Protective Order have served notice of their challenge to Fractus' confidentiality designation; and that the parties cannot reach agreement as to the confidential nature of those Contentions.

Whereas Fractus maintains that its Infringement Contentions are Fractus' "Protected Information" under the terms of the Protective Order, Defendants do not believe that Fractus has any basis to claim confidentiality in the Infringement Contentions.

Pursuant to the Protective Order, Paragraph 5, Plaintiff shall have ten (10) days from the date of this Notice and Certification to file a motion for a protective order with regard to the

Contentions, or, if such a motion is not timely filed, then the Contentions shall no longer be subject to confidential treatment under the Protective Order.

The following defendants also join in this Notice and Certification:  Research In Motion LTD, Research in Motion Corp., Pantech Wireless, Inc., HTC Corp., HTC America, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Sharp Corp., Sharp Electronics Corp. and Personal Communications Devices Holdings, LLC.

Date:  April 29, 2010                               Respectfully submitted,

                                                    /s/ Michael E. Jones
                                                    Michael E. Jones
                                                    State Bar No. 10929400
                                                    mikejones@potterminton.com
                                                    Allen F. Gardner
                                                    State Bar No. 24043679
                                                    allengardner@potterminton.com
                                                    Potter Minton, P.C.
                                                    110 N. College Ave., Suite 500
                                                    Tyler, Texas 75702
                                                    Tel: (903) 597-8311
                                                    Fax: (903) 593-0846

                                                    Neil P. Sirota, State Bar No. 2562155
                                                    neil.sirota@bakerbotts.com
                                                    Chang Sik Kim, State Bar No. 4213021
                                                    changsik.kim@bakekrbotts.com
                                                    Eric J. Faragi, State Bar No. 4300687
                                                    Eric.faragi@bakerbotts.com
                                                    Robert L. Maier, State Bar No. 4123246
                                                    robert.maier@bakerbotts.com
                                                    BAKER BOTTS LLP
                                                    30 Rockefeller Plaza
                                                    New York, NY 10112-4498
                                                    Tel: (212) 408-2500
                                                    Fax: (212) 408-2501

                                                    Michael J. Barta, State Bar No. 431663
                                                    Michael.barta@bakerbotts.com

BAKER BOTTS LLP

1299 Pennsylvania Avenue NW

Washington, DC 20004

Tel: (202) 639-7703

Fax: (202) 585-1058

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG ELECTRONICS RESEARCH INSTITUTE; AND SAMSUNG SEMICONDUCTOR EUROPE GMBH**

*/s/ Winstol D. Carter, Jr.*

*(with permission by Michael E. Jones)*

Winstol D. Carter, Jr.

wcarter@morganlewis.com

James Leroy Beebe

jbeebe@morganlewis.com

Morgan Lewis & Bockius

1000 Louisiana Street, Suite 4200

Houston, TX  77002

Tel: (713) 890-5000

Fax: (713) 890-5001

Bradford A. Cangro

bcangro@morganlewis.com

Collin W. Park

cpark@morganlewis.com

John D. Zele

jzele@morganlewis.com

Thomas E. Nelson

tnelson@morganlewis.com

Morgan Lewis & Brockius - D.C.

1111 Pennsylvania Avenue, N W

Washington, DC  20004

Tel: (202) 739-3000

Fax: (202) 739-3001

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.**

*/s/ William L. LaFuze,*
*(with permission by Michael E. Jones)*
William L. LaFuze
wlafuze@velaw.com
Steven R. Borgman
sborgman@velaw.com
Vinson & Elkins, LLP
2500 First City Tower
1001 Fannin Street
Houston, TX  77002-6760
Tel: (713) 758-2222
Fax: (713) 615-5317

David Joshua Tobin
dtobin@velaw.com
Scott Wayne Breedlove
sbreedlove@velaw.com
Vinson & Elkins - Dallas
2001 Ross Ave.
3700 Trammell Crow Center
Dallas, TX  75201-2975
Tel: (214) 220-7949
Fax: (214) 999-7949

David B. Weaver
dweaver@velaw.com
Kristen Paris Foster
kfoster@velaw.com
Meredith J. Fitzpatrick
mfitzpatrick@velaw.com
Vinson & Elkins - Austin
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8651
Fax: (512) 236-3476

Harry Lee Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX  75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Joe W. Redden, Jr.

jredden@brsfirm.com
Michael Ernest Richardson
mrichardson@brsfirm.com
Beck Redden & Secrest LLP
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX  77010-2020
Tel: (713) 951-3700
Fax: (713) 951-3720

**ATTORNEYS FOR DEFENDANTS
RESEARCH IN MOTION LTD. AND
RESEARCH IN MOTION CORPORATION**

*/s/ Melissa Richards Smith*
*(with permission by Michael E. Jones)*
Melissa Richards Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX  75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Hae-Chan Park
hpark@park-law.com
Jiri F. Smetana
jsmetana@park-law.com
HC Park & Associates PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA  22182
Tel: (703) 288-5105
Fax: (703) 288-5139

**ATTORNEYS FOR DEFENDANT PANTECH
WIRELESS, INC.**

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, P.C.

110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

David G. Wille
david.wille@bakerbotts.com
Roshan Suresh Mansinghani
roshan.mansinghani@bakerbotts.com
Ryan Scott Loveless
ryan.loveless@bakerbotts.com
Samir A. Bhavsar
samir.bhavsar@bakerbotts.com
Baker Botts - Dallas
2001 Ross Ave., Suite 600
Dallas, TX  75201-2980
Tel: (214) 953-6500
Fax: (214) 661-4737

**ATTORNEYS FOR DEFENDANTS HIGH
TECH COMPUTER CORP. AND HTC
AMERICA, INC.**


*/s/ Melvin R. Wilcox, III*
*(with permission by Michael E. Jones)*
Melvin R. Wilcox, III
mrw@yw-lawfirm.com
Yarbrough - Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX  75702
Tel: (903) 595-1133
Fax: (903) 595-0191

Barbara L. Dittmar
bld@nixonvan.com
Gordon P. Klancnik
gpk@nixonvan.com
Michael E. Crawford
mec@nixonvan.com
Robert W. Adams
rwa@nixonvan.com
Updeep S. Gill
USG@nixonvan.com
Nixon & Vanderhye PC – Arlington, VA
901 N Glebe Rd,, 11th Floor

Arlington, VA  22203
Tel: (703) 816-4000
Fax: (703) 816-4100

**ATTORNEYS FOR DEFENDANTS SHARP
CORPORATION AND SHARP
ELECTRONICS CORP.**


*/s/ Melissa Richards Smith*
*(with permission by Michael E. Jones)*
Melissa Richards Smith
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX  75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Breighanne A. Eggert
breighanne.eggert@kattenlaw.com
Martin T. LeFevour
martin.lefevour@kattenlaw.com
Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Muchin Rosenman LLP - Chicago
525 W. Monroe Street, Ste. 1600
Chicago, IL  60661-3693
Tel: (312) 902-5200
Fax: (312) 902-1061

**ATTORNEYS FOR DEFENDANTS SANYO
ELECTRIC CO., LTD. AND SANYO NORTH
AMERICA CORP.**


*/s/ Donald  C. Templin*
*(with permission by Michael E. Jones)*
Donald C. Templin
don.templin@haynesboone.com
Layne Steven Keele
layne.keele@haynesboone.com

Haynes & Boone - Dallas
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Tel: (214) 651-5590
Fax: (214) 200-0593

Carrie A. Longstaff
clongstaff@gibbonslaw.com
Gibbons PC - NJ
One Gateway Center
Newark, NJ  07102-5310
Tel: (973) 596-4500
Fax: (973) 639-8379

Frank A. Bruno
fbruno@gibbonslaw.com
Thomas R. DeSimone
tdesimone@gibbonslaw.com
Gibbons PC - NY
1 Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
Tel: (212) 613-2043
Fax: (212) 554-9662

**ATTORNEYS FOR DEFENDANT PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 29, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones