**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| FRACTUS, S.A.<br><br>                  Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC; SAMSUNG ELECTRONICS<br>RESEARCH INSTITUTE; SAMSUNG<br>SEMICONDUCTOR EUROPE GMBH; LG<br>ELECTRONICS, INC.; LG ELECTRONICS<br>U.S.A., INC.; RESEARCH IN MOTION LTD.;<br>RESEARCH IN MOTION CORP.; PANTECH<br>WIRELESS, INC.; PANTECH CO., LTD;<br>KYOCERA AMERICA, INC., KYOCERA<br>WIRELESS CORP., KYOCERA<br>COMMUNICATIONS INC., KYOCERA<br>CORPORATION; PALM, INC.; HIGH TECH<br>COMPUTER CORP.; HTC AMERICA, INC.;<br>SHARP CORPORATION; SHARP<br>ELECTRONICS CORP.; UTSTARCOM, INC.;<br>PERSONAL COMMUNICATIONS DEVICES<br>HOLDINGS, LLC; SANYO ELECTRIC CO.,<br>LTD.; AND SANYO NORTH AMERICA<br>CORP.,<br><br>                  Defendants. | Civil Action No. 6:09-cv-203 |

**DEFENDANT PALM, INC.'S NOTICE OF SERVICE OF SUPPLEMENTAL**
**RESPONSES TO PLAINTIFF FRACTUS, S.A.'S FIRST SET OF INTERROGATORIES**
**TO ALL DEFENDANTS**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Palm,

Inc. hereby notifies the Court that it has served its Supplemental Responses to Plaintiff Fractus,

S.A.'s First Set of Interrogatories to All Defendants on May 3, 2010.

Dated:  May 4, 2010                                        Respectfully submitted,

GILLAM & SMITH, L.L.P.

*/s/Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
E-mail:  melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5 (d)  and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 4th day of May, 2010.

*/s/Melissa Richards Smith*
Melissa Richards Smith