**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-00203 |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD.; | § | |
| *et al.* | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**FRACTUS' OPPOSITION TO DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO DE-DESIGNATE PLAINTIFF FRACTUS' P.R. 3-1 INFRINGEMENT CONTENTIONS**

Plaintiff Fractus, S.A. ("Fractus") respectfully requests this Court to deny Defendants' Motion to Expedite Consideration of Defendants' Motion to De-Designate Plaintiff Fractus' P.R. 3-1 Infringement Contentions. The agreed Protective Order, negotiated on this very point, lays out a specific schedule and timeframe for challenging confidentiality. Dkt. No. 266 at ¶5. The Defendants' Motion to Expedite is contradictory to the agreed Protective Order in two fundamental respects.

*First*, under the Protective Order, the Motion belongs to <u>Fractus</u>, not to the Challenging Party. The Protective Order specifically states that Fractus has ten days after Defendants' April 29, 2010 certification (Dkt. No. 372) to file a motion for protective order, as calculated under the Rules. Fractus intends to file its Motion for Protective Order to keep the infringement contentions confidential by Thursday, May 13 – in accordance with the Protective Order.

*Second*, the Protective Order gives the Moving Party ten days to file a motion to protect confidentiality for a reason. As this Court is aware, the parties are in the midst of claim construction. Fractus's surreply on the transfer motion is due next week. And as the Defendants

know, the parties have scheduled a mediation for most of next week, with Defendants spread over three full days from May 11 - May 13 -- plus travel time and mediation preparation

Most fundamentally, the Defendants have given no reason why this Motion needs to be expedited. They claim only to do so because it "impacts Defendants' case strategy." Motion to Expedite at 1. This is hardly a reason to undo the Protective Order. In addition, the Defendants are moving to unseal the infringement contentions – contentions that they have had in their possession and have studied closely for six months! The Defendants do not give and cannot give any reason why there is a sudden rush in the midst of other important deadlines here. That the Defendants are <u>now</u> wanting to make a tactical decision is no excuse for Defendants to rush an already-quick schedule as determined by the Protective Order.

Fractus disagrees with the merits of the underlying Motion on de-designation of these Infringement Contentions, as they contain proprietary information generated by Fractus at substantial cost. Fractus intends to follow the procedure outlined in the Protective Order and file a Motion on this point. Given this procedure in the Protective Order, it makes no sense to have a faster deadline for the underlying Motion that Defendants are using to end-run the procedure in the Protective Order. For this reason alone, Fractus believes it should respond to the Defendants' extraneous Motion at the regular deadline. Defendants have given no reason to deviate from the agreed Protective Order. To expedite a motion simply because the Defendants want a quick answer ignores the prejudice and difficulty to Fractus in rapidly briefing this Motion in the midst of other important case events and in changing who brings the Motion in the first instance.

Thus, Fractus respectfully requests that this Court deny Defendants' Motion to Expedite Consideration of Defendants' Motion to De-Designate Plaintiff Fractus' P.R. 3-1 Infringement Contentions.

DATED this 6th day of May, 2010.

    Respectfully submitted,

    */s/ Michael F. Heim*
    State Bar No. 09380923
    Federal ID No. 8790
    E-Mail:  mheim@hpcllp.com
    Micah J. Howe
    State Bar No. 24048555
    E-Mail: mhowe@hpcllp.com
    Fiona A. Bell
    State Bar No. 24052288
    E-Mail:  fbell@hpcllp.com
    HEIM, PAYNE & CHORUSH, LLP
    600 Travis Street, Suite 6710
    Houston, Texas 77002-2912
    Telephone:  (713) 221-2000
    Facsimile:  (713) 221-2021

    Max L. Tribble, Jr. – Lead Counsel
    State Bar No. 20213950
    E-Mail:  mtribble@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Justin A. Nelson
    State Bar No. 24034766
    E-Mail:  jnelson@susmangodfrey.com
    Genevieve Vose
    WA Bar No. 38422
    E-Mail:  gvose@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1201 Third Ave, Suite 3800
    Seattle, WA 98101
    Telephone: (206) 516-3880
    Facsimile: (206) 516-3883

    ATTORNEYS FOR PLAINTIFF

Of Counsel:

T. John Ward, Jr.
State Bar No. 00794818
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
E-mail: jw@jwfirm.com

Otis W. Carroll
State Bar No. 03895700
IRELAND CARROLL AND KELLEY, PC
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-Mail: Fedserv@icklaw.com

S. Calvin Capshaw
State Bar No. 03783900
E-Mail: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
E-Mail: ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75606-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of FRACTUS' OPPOSITION TO DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO DE-DESIGNATE PLAINTIFF FRACTUS' P.R. 3-1 INFRINGEMENT CONTENTIONS was served on May 6, 2010 by electronic mail to the following counsel of record:

David G. Willie – david.wille@bakerbotts.com
Samir A. Bhavsar – samir.bhavsar@bakerbotts.com
Jeffrey D. Baxter – jredden@brsfirm.com
Jonathan B. Ruberstein –
jonathan.rubenstein@bakerbotts.com
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, Texas 75201

Michael E. Jones – mikejones@potterminton.com
Allen F. Gardner – allengardner@potterminton.com
Potter Minton, P.C.
110 N. College, Suite 500
P.O. Box 359
Tyler, Texas 75710

*Attorneys for High Tech Computer Corp. and HTC America, Inc.*

Melissa Richards Smith –
Melissa@gillamsmithlaw.com
Gilliam & Smith, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670

Hae-Chan Park – hpark@park-law.com
Jiri F. Smetana – jsmetana@park-law.com
H.C. Park & Associates, PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182

*Attorneys for Pantech Wireless, Inc.*

Winstol D. Carter, Jr. – wcarter@morganlewis.com
James L. Beebe – jbeebe@morganlewis.com
Morgan, Lewis & Bockius, L.L.P.
1000 Louisiana Street, Suite 4000
Houston, Texas 77002

Colin W. Park – cpark@morganlewis.com
Thomas E. Nelson – tnelson@morganlewis.com
Bradford A. Cangro – bcangro@morganlewis.com
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

*Attorneys for LG Electronics, Inc. and LG Electronics U.S.A., Inc*

Donald C. Templin – don.templin@haynesboone.com
Layne S. Keele – Layne.keele@haynesboone.com
Haynes & Boone
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Carrie A. Longstaff – clongstaff@gibbonslaw.com
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Frank A. Bruno – fbruno@gibbonslaw.com
Thomas R. DeSimone – tdesimone@gibbonslaw.com
Gibbons, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

*Attorneys for Personal Communications Devices Holdings, LLC*

Melissa Richards Smith – Melissa@gillamsmithlaw.com
Gilliam & Smith, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670

David C. Doyle – ddoyle@mofo.com
M. Andrew Woodmansee – mawoodmansee@mofo.com
Greg Reilly – greily@mofo.com
Thomas C. Chen – tchen@mofo.com
Dale Buxton – dbuxton@mofo.com
Matt Dobbins – mdobbins@mofo.com
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040

*Attorneys for Kyocera Wireless Corp., Kyocera Communications Inc., Palm, Inc.*

Eric J. Faragi – eric.faragi@bakerbotts.com
Chang Sik Kim – changsik.kim@bakerbotts.com
Neil R. Sirota – neil.sirota@bakerbotts.com
Robert L. Maier – robert.maier@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112

Michael J. Barta – michael.barta@bakerbotts.com
Baker Botts L.L.P.

William L. LaFuze – wlafuze@velaw.com
Steven R. Borgman – sborgman@velaw.com
Scott W. Breedove – sbreedlove@velaw.com
Amos Olubunmi – aolubunmi@velaw.com
Vinson & Elkins, L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002

David J. Tobin – dtobin@velaw.com
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Meredith J. Flitzpatrick – mflitzpatrick@velaw.com
Kristen P. Foster – kfoster@velaw.com
David B. Weaver – dweaver@velaw.com
Ajeet P. Pai – apai@velaw.com
Vinson & Elkins, L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568

Harry L. Gillam, Jr. – gil@gillamsmithlaw.com
Gilliam & Smith, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670

Joe W. Redden, Jr. – jredden@brsfirm.com
Michael E. Richardson – mrichardson@brsfirm.com
Robert David ("B.D.") Daniel – bddaniel@brsfirm.com
Beck Redden & Secrest, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas 77010

*Attorneys for Research in Motion, Ltd.; Research in Motion Corp.*

Melissa Richard Smith – melissa@gillamsmithlaw.com
Gilliam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670

Michael A. Dorfman – michael.dorfman@kattenlaw.com
Breighanne A. Eggert – Breighanne.eggert@kattenlaw.com
Timothy J. Vezeau – Timothy.vezeau@kattenlaw.com

6

| | |
|---|---|
| 1299 Pennsylvania Avenue NW<br>Washington, D.C. 20004 | Martin T. LeFevour – martin.lefevour@kattenlaw.com<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street |
| Allen F. Gardner – allengardner@potterminton.com<br>Michael E. Jones – mikejones@potterminton.com<br>Potter Minton PC<br>110 N. College, Suite 500<br>PO Box 359<br>Tyler, Texas 75710 | Chicago, IL 60661<br><br>*Attorneys for Sanyo Electric Co., Ltd., and Sanyo North America Corp.* |
| *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.; Samsung Electronics Research Institute; Samsung Semiconductor Europe GmbH; and Samsung Telecommunications America LLP* | |
| Melvin R. Wilcox, III – mrw@yw-lawfirm.com<br>Yarbrough Wilcox, PLLC<br>100 E. Ferguson Street, Suite 1015<br>Tyler, Texas 75702 | Alison M. Tucher – atucher@mofo.com<br>Morrison & Foerster, LLP<br>425 Market Street, 34th Floor<br>San Francisco, CA 94105 |
| Gordon P. Klancnik – gpk@nixonvan.com<br>Robert W. Adams – rwa@nixonvan.com<br>Updeep S. Gill – usg@nixonvan.com<br>Barbara L. Dittmar – bld@nixonvan.com<br>Michael E. Crawford – mec@nixonvan.com<br>Nixon & Vanderhye, P.C.<br>901 North Glebe Road, 11th Floor<br>Arlington, VA 22203 | Melissa Richards Smith –<br>Melissa@gillamsmithlaw.com<br>Gilliam & Smith<br>303 South Washington Avenue<br>Marshall, Texas 75670<br><br>*Attorney for UTStarcom, Inc.* |
| *Attorneys for Sharp Corporation and Sharp Electronics Corp.* | |
| | */s/ Michael F. Heim*<br>Michael F. Heim |