IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 6:09-cv-203-LED-JDL |
| | § | |
| SAMSUNG ET AL., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

### ORDER GRANTING AGREED
### MOTION FOR VOLUNTARY DISMISSAL

The Court has considered the agreed motion of Plaintiff Fractus, S.A. ("Fractus") and Defendants Sanyo Electric Company, Ltd. and Sanyo North America Corporation (collectively, "Sanyo") to dismiss with prejudice all claims against Sanyo and any counterclaims by Sanyo against Fractus. The Court hereby **GRANTS** that motion.  Accordingly, IT IS **ORDERED** that: All claims asserted by Fractus against Sanyo in the Complaint and Amended Complaint are dismissed with prejudice. Any counterclaims asserted by Sanyo against Fractus are also dismissed with prejudice.

So ORDERED and SIGNED this 14th day of September, 2010.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**