**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FRACTUS, S.A.** | § | |
| **Plaintiff,** | § | **HONORABLE LEONARD DAVIS** |
| **vs.** | § | **Civil Action No. 6:09cv203** |
| **SAMSUNG ELECTRONICS CO., LTD., *et al.*** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**PLAINTIFF'S OBJECTIONS & COUNTER DESIGNATIONS TO DEFENDANTS HTC INFRINGEMENT TRIAL DEPOSITION DESIGNATIONS**

## I. OBJECTIONS

### 1. 30(b)(6) Deposition of Jaume Anguera, Volume I, taken on December 3, 2010

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 7:15-23 | Incomplete |
| 14:11-18 | FRE 402, FRE 403, MIL |
| 25:11-15 | |
| 25:25-26:04 | |
| 106:22-107:17 | FRE 402, FRE 403, MIL |
| 107:14-108:17 | FRE 402, FRE 403, MIL |
| 109:1-109:13 | FRE 402, FRE 403, MIL |
| 110:14-110:18 | FRE 402, FRE 403, MIL |
| 110:22-110:23 | FRE 402, FRE 403, MIL |
| 140:13-141:4 | FRE 402, FRE 403, MIL |
| 153:25-154:2 | |
| 163:11-164:18 | FRE 402, FRE 403, MIL |
| 192:9-13 | |

**2. Deposition of Jaume Anguera, taken on December 4, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 244:24-245:9 | FRE 402, FRE 403, MIL 11 |
| 246:19-247:4 | FRE 402, FRE 403, MIL 11 |
| 247:14-248:8 | FRE 402, FRE 403, MIL 11 |
| 248:23-250:10 | FRE 402, FRE 403, MIL 11 |
| 251:25-252:7 | FRE 402, FRE 403, MIL 11 |
| 252:17-253:19 | FRE 402, FRE 403, MIL 11 |
| 254:14-17 | FRE 402, FRE 403, MIL 11 |
| 266:7-267:25 | FRE 402, FRE 403, MIL 11 |
| 271:1-7 | FRE 402, FRE 403, MIL 11 |
| 275:16-278:4 | 275:16-276:7 FRE 402, FRE 403, MIL 1 & 9; 276:8-278:4 FRE 402, FRE 403, MIL 11; 278:2 not testimony |
| 280:10-281:24 | FRE 402, FRE 403, MIL 1 & 9 |
| 284:16-285:1 | FRE 402, FRE 403, MIL 1 & 9 |
| 286:8-21 | FRE 402, FRE 403, MIL 1 & 9 |
| 287:20-288:17 | FRE 402, FRE 403, MIL 1 & 9 |
| 289:4-24 | FRE 402, FRE 403, MIL 1 & 9 |
| 296:5-22 | FRE 402, FRE 403 |
| 305:16-306:1 | |
| 306:8-10 | |
| 306:15-17 | |
| 309:4-16 | |
| 310:17-19 | |
| 325:13-326:25 | FRE 402, FRE 403, MIL 11 |
| 327:6-10 | FRE 402, FRE 403, MIL 9 |
| 372:6-14 | FRE 402, FRE 403, MIL 9 |
| 372:19-25 | FRE 402, FRE 403, MIL 9 |
| 373:15-20 | FRE 402, FRE 403, MIL 11 |
| 374:5-15 | FRE 402, FRE 403, MIL 11 |
| 374:20-375:6 | FRE 402, FRE 403, MIL 11 |

**3. 30(b)(6) Deposition of Carmen Borja Borau, Vol. 1 and Vol. 2, taken on December 6 and December 7, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 7:14-16 | Incomplete |
| 382:15-384:4 | FRE 402, FRE 403 |

**4. 30(b)(6) Deposition of Carles Puente Baliarda taken on December 8, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 7:11-13 | |
| 9:7-11 | |
| 184:8-19 | FRE 402; FRE 403 |
| 186:13-187:20 | FRE 402, FRE 403 |
| 188:12-20 | FRE 402, FRE 403,<br>188:15-19 request to repeat question |
| 198:24-199:1 | |
| 201:1-7 | |
| 201:14-202:18 | |
| 203:1-7 | |
| 203:10-14 | |
| 203:21-207:12 | |
| 207:17-21 | |
| 209:24-211:8 | FRE 402; FRE 403; MIL<br>210:22 not testimony |

**5. Deposition of Carles Puente Baliarda, Volume I, taken on December 9, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 7:24-8:3 | |
| 124:15-23 | FRE 402; FRE 403; MIL |
| 128:14-129:10 | |
| 260:14-261:10 | FRE 402, FRE 403,<br>260:23-25 not testimony |

**6. Deposition of Carles Puente Baliarda, Volume II, taken on December 10, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 312:16-314:14 | FRE 402; FRE 403 |
| 315:11-24 | FRE 402; FRE 403; Incomplete |
| 316:5-13 | FRE 402; FRE 403 |
| 318:19-319:1 | FRE 402; FRE 403 |
| 319:10-321:4 | FRE 402; FRE 403 |
| 321:17-22 | |
| 324:5-325:20 | FRE 402; FRE 403;<br>325:9-13 request to repeat question |
| 326:25-327:23 | FRE 402; FRE 403 |
| 329:12-330:18 | FRE 402; FRE 403 |
| 331:16-20 | |
| 332:5-17 | FRE 402; FRE 403 |
| 333:13-334:10 | FRE 402; FRE 403;<br>333:22 – 334:1 request to repeat questions |
| 334:19-335:13 | FRE 402; FRE 403; Incomplete |
| 351:1-18 | Incomplete |
| 355:6-13 | |
| 363:13-18 | |
| 364:14-365:13 | |
| 365:20-366:25 | FRE 402; FRE 403; 366:9-12 not testimony |
| 367:8-369:23 | FRE 402; FRE 403 |

**7. 30(b)(6) Deposition of Christopher Marshall taken on November 23, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 7:6-10 | |
| 11:17-13:10 | Incomplete |
| 14:4-22 | |
| 15:17-16:10 | |
| 21:7-22:4 | |
| 24:13-25:3 | Incomplete |
| 25:18-29:12 | |
| 30:3-33:19 | |
| 34:1-14 | |
| 36:11-38:6 | |
| 38:13-21 | |
| 44:5-45:11 | |
| 47:16-49:7 | |

**8. 30(b)(6) Deposition of Ruben Bonet, Volume I, taken on December 9, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 11:15-12:7 | |
| 197:25-204:3 | FRE 402, FRE 403, MIL;<br>201:10-202:3, 202:9-12, 203:23-204:3 FRE 802;<br>204:2 not testimony |
| 211:25-212:25 | 212:10-16, 212:21-25 FRE 402, FRE 403, MIL |
| 216:12-218:1 | 216:16-217:25 FRE 402, FRE 402, MIL;<br>217:15-20 FRE 802; |
| 221:4-14 | FRE 402, FRE 403, MIL, FRE 802 |
| 239:23-240:17 | 240:5-17 FRE 402, FRE 403, MIL, FRE 802;<br>240:16 not testimony |
| 359:10-24 | FRE 402, FRE 403, MIL |
| 361:6-20 | FRE 402, FRE 403, MIL |
| 362:3-4 | FRE 402, FRE 403, MIL |
| 364:9-17 | FRE 402, FRE 403, MIL |
| 366:18-367:7 | |
| 368:8-20 | |

**9. 30(b)(6) Deposition of Ruben Bonet, Volume II, taken on December 10, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 401:18-402:11 | FRE 402, FRE 403, MIL |
| 404:3-15 | FRE 402, FRE 403, MIL |
| 434:12-435:3 | FRE 402, FRE 403, MIL,<br>434:19 not testimony |
| 437:1-437:17 | FRE 402, FRE 403, MIL |
| 455:7-465:5 | 455:7-458:21 FRE 402, FRE 403, MIL,<br>FRE 608;<br>458:22-463:12 FRE 402, FRE 403;<br>463:17-23, 464:9-10 not testimony; |
| 478:15-483:8 | 478:15-23, 479:12-483:8 FRE 402, FRE 403, MIL;<br>478:24-479:10 not testimony; |

**10. Deposition of Ruben Bonet taken on December 10, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 10:17-24 | |
| 11:23-13:2 | 12:7-25 FRE 802 |
| 33:18-38:1 | FRE 402, FRE 403, MIL;<br>36:18 not testimony |
| 49:5-52:5 | FRE 402, FRE 403, MIL;<br>49:5-23, 50:7-23, 51:6-19 FRE 802;<br>51:11 not testimony |
| 75:2-11 | |
| 77:23-79:15 | FRE 402, FRE 403, MIL |
| 79:17-24 | FRE 402, FRE 403, MIL |
| 86:16-18 | |
| 86:20 | |
| 86:22-88:21 | FRE 402, FRE 403, 87:3-88:21 calls for a legal conclusion |
| 88:24-25 | FRE 402, FRE 403, calls for a legal conclusion |
| 93:13-94:21 | |
| 95:1-97:2 | FRE 402, FRE 403, MIL |
| 104:19-106:2 | FRE 402, FRE 403, MIL;<br>104:24-106:2 FRE 608, FRE 802 |
| 121:20-123:17 | FRE 402, FRE 403, MIL;<br>123:7-13 FRE 802 |
| 129:22-131:4 | FRE 402, FRE 403, FRE 802 |
| 131:9-132:6 | FRE 402, FRE 403, FRE 802 |
| 134:22-135:3 | FRE 402, FRE 403, FRE 802 |
| 135:5-136:11 | FRE 402, FRE 403, FRE 802, MIL |

**11. Deposition of Torbjorn Folkebrant taken on December 16, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 9:7-19 | |
| 10:20-11:17 | |
| 13:12-15:3 | FRE 402, FRE 403, MIL |
| 29:8-30:9 | FRE 402, FRE 403, MIL |
| 30:18-31:15 | FRE 402, FRE 403, MIL<br>30:18-31:8 FRE 802 |
| 32:17-33:1 | FRE 402, FRE 403, MIL |
| 118:4-119:13 | |
| 133:3-136:16 | FRE 402, FRE 403, MIL,<br>134:8-136:16 FRE 802 |
| 144:7-10 | |

| | |
|---|---|
| 144:22-145:15 | |
| 145:25-146:24 | FRE 402, FRE 403, MIL<br>145:13-16; 145:25-146:24 FRE 802 |

**12. 30(b)(6) Deposition of Angel Garcia taken on December 3, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 9:5-14 | |
| 13:22-15:11 | |
| 49:8-19 | |
| 58:2-59:8 | 58:8-59:8 FRE 402, FRE 403, MIL |
| 108:4-110:14 | 110:12-14 FRE 402, FRE 403, MIL |
| 127:7-18 | FRE 402, FRE 403, MIL |
| 153:13-156:17 | FRE 402, FRE 403 |
| 156:21-158:3 | FRE 402, FRE 403 |
| 158:8-162:15 | FRE 402, FRE 403 |
| 176:13-23 | FRE 402, FRE 403, MIL |
| 177:1-14 | FRE 402, FRE 403, MIL |
| 177:16-22 | FRE 402, FRE 403, MIL |
| 177:24 | FRE 402, FRE 403, MIL |
| 178:1-179:12 | 178:1-11 FRE 402, 403, MIL |
| 179:18-21 | |
| 179:23-180:4 | |
| 183:15-25 | FRE 402, FRE 403, MIL |
| 184:3-185:9 | FRE 402, FRE 403, MIL |
| 204:18-205:11 | 204:18-24 FRE 402, FRE 403, MIL |
| 205:24-206:25 | FRE 402, FRE 403, MIL |

**13. Deposition of Angel Garcia taken on December 4, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 81:3-102:10 | FRE 402, FRE 403, MIL<br>98:25-99:12, 99:20-100:2, 100:4-102:10 FRE 802 |
| 121:3-8 | FRE 402, FRE 403, MIL |
| 122:13-16 | FRE 402, FRE 403, MIL |
| 123:4-7 | FRE 402, FRE 403, MIL |
| 125:3-5 | FRE 402, FRE 403, MIL |
| 125:7-23 | FRE 402, FRE 403, MIL |
| 133:21-23 | FRE 402, FRE 403, MIL |
| 133:25-138:1 | FRE 402, FRE 403, MIL |
| 138:10-15 | FRE 402, FRE 403, MIL |

| | |
|---|---|
| 138:3-8 | FRE 402, FRE 403, MIL |
| 144:13-145:13 | FRE 402, FRE 403, MIL;<br>144:24-145:5 FRE 802 |
| 145:15-22 | FRE 402, FRE 403, MIL |
| 149:20-150:16 | FRE 402, FRE 403, MIL;<br>150:1-160 FRE 802 |
| 160:13-161:2 | FRE 402, FRE 403, MIL |
| 161:6-24 | FRE 402, FRE 403, MIL |
| 162:1-11 | FRE 402, FRE 403, MIL |
| 162:13-13 | FRE 402, FRE 403, MIL |

**14. 30(b)(6) Deposition of Jordi Ilario taken on December 5, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 213:8-216:11 | Incomplete |
| 250:9-252:5 | |
| 270:10-272:3 | FRE 402, FRE 403, FRE 602, FRE 104(b) |

**15. 30(b)(6) Deposition of Vincent Pluvinage (Intellectual Ventures) taken on March 15, 2011**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 6:13-15 | |
| 9:6-16 | |
| 33:2-24 | |
| 34:6-13 | |
| 34:25-35:20 | 34:25-35:2 FRE 402, FRE 403 |
| 36:3-21 | |
| 37:5-38:9 | 37:19-38:9 FRE 402, FRE 403, FRE 802 |
| 42:25-43:23 | 43:9-23 FRE 402, FRE 403, FRE 802 |
| 45:25-46:10 | FRE 402, FRE 403 |
| 46:16-22 | FRE 402, FRE 403 |
| 56:5-24 | FRE 402, FRE 403 |
| 57:9-18 | FRE 402, FRE 403 |
| 58:19-23 | FRE 402, FRE 403 |
| 81:1-82:6 | 81:10-82:6 FRE 402, FRE 403 |
| 83:13-88:12 | FRE 402, FRE 403;<br>85:1-5, 85:13-86:10 FRE 802 |

**16. 30(b)(6) Deposition of Josep Mumbru taken on December 7, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 7:2-23 | |
| 109:24-111:16 | 111:16 not testimony |
| 111:19-112:15 | |
| 113:8-13 | 113:13 not testimony |
| 113:25-114:8 | 114:8 not testimony |
| 115:18-119:14 | 116:3-10; 117:7; 118:5; 118:9 not testimony |

**17. Deposition of Dwight L. Jaggard taken on August 27, 2010**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 6:9-17 | |
| 9:9-22 | |
| 10:10-16 | FRE 402; FRE 403 |
| 14:4-10 | |
| 14:21-15:1 | |
| 20:2-4 | |
| 20:15-19 | |
| 21:23-22:11 | |
| 24:11-15 | |
| 24:19-22 | |
| 126:18-127:7 | FRE 402; FRE 403; MIL 1<br>Incomplete |
| 127:19-21 | |
| 224:7-10 | |
| 224:15-226:2 | |
| 226:8-10 | |
| 226:12-18 | |
| 228:2-4 | |
| 228:6-13 | |
| 231:11-14 | |
| 231:16-232:6 | |

**18. Deposition of Dwight L. Jaggard, Volume I, taken on March 8, 2011**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 51:8-24 | FRE 402; FRE 403; Incomplete |
| 52:15-17 | FRE 402; FRE 403 |
| 52:23-53:25 | FRE 402; FRE 403 |
| 55:6-18 | FRE 402; FRE 403 |
| 56:19-57:3 | FRE 402; FRE 403 |
| 57:5-6 | FRE 402; FRE 403 |
| 57:18-58:5 | FRE 402; FRE 403 |
| 68:2-9 | FRE 402; FRE 403 |
| 68:25-69:8 | FRE 402; FRE 403 |
| 205:10-206:11 | |
| 210:10-14 | FRE 402; FRE 403; MIL 3 |
| 211:23-212:14 | FRE 402; FRE 403; MIL 3 |
| 213:22-214:11 | FRE 402; FRE 403; MIL 3 Incomplete |
| 214:19-215:7 | FRE 402; FRE 403; MIL 3 |
| 216:22-217:19 | FRE 402; FRE 403; MIL 3 |

**19. Deposition of Dwight L. Jaggard, Volume II, taken on March 9, 2011**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 384:14-16 | |
| 384:18-23 | |
| 385:3-13 | Incomplete |
| 393:7-15 | |
| 411:7-412:13 | |
| 412:19-413:5 | |
| 457:4-19 | Incomplete |
| 506:2-10 | FRE 402; FRE 403 |

**20. Deposition of Warren Stutzman, Volume II, taken on March 4, 2011**

| Defendants' Designations Page/Line | Plaintiff's Objections to Defendants' Designations |
|---|---|
| 432:10-434:24 | |
| 436:14-437:8 | FRE 602, FRE 104(b) |
| 437:9-438:24 | FRE 602, FRE 104(b) |
| 462:8-22 | |
| 436:14-19 | |
| 471:14-473:9 | |
| 473:11-474:1 | Incomplete |
| 481:9-14 | |
| 481:15-20 | |
| 485:3-22 | |
| 486:11-486:15 | |
| 495:8-18 | |
| 496:6-14 | |
| 497:17-498:2 | |
| 498:4-18 | |
| 498:20-499:4 | |
| 500:7-501:15 | FRE 104(b), FRE 602 |
| 502:12-19 | |
| 504:13-21 | |
| 514:15-516:7 | FRE 402, FRE 403, FRE 602, FRE 104(b), 514:23, 515:6, 515:13, 516:6 not testimony |
| 516:9-24 | FRE 402, FRE 403, FRE 602, FRE 104(b), 516:6, 516:13, 516:20-24 not testimony |
| 517:22-518:1 | FRE 402, FRE 403, FRE 602, FRE 104(b) 517:25 not testimony |

## II. COUNTER DESIGNATIONS

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF JAUME ANGUERA – 12/3/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 7 | 15 | | 8 | 1 |
| 110* | 9 | | 110 | 18 |
| 153 | 14 | | 153 | 21 |

***Conditional per SFC Patents**

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF JAUME ANGUERA – 12/4/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 245* | 10 | | 246 | 18 |
| 250 | 11 | | 250 | 18 |
| 253* | 20 | | 254 | 1 |
| 260 | 1 | | 260 | 11 |
| 261 | 12 | | 261 | 17 |
| 265 | 5 | | 265 | 12 |

***Conditional**

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF 30(B)(6) RUBEN BONET – 12/9/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 197 | 5 | | 197 | 7 |
| 197 | 9 | | 197 | 24 |
| 364 | 18 | | 364 | 20 |
| 365 | 10 | | 365 | 11 |
| 365 | 13 | | 365 | 14 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF 30(B)(6) RUBEN BONET – 12/10/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 437 | 18 | | 439 | 22 |
| 465 | 7 | | 467 | 4 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF RUBEN BONET – 12/10/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 13 | 3 | | 13 | 17 |
| 38 | 2 | | 38 | 8 |
| 132 | 7 | | 132 | 14 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CARMEN BORJA – 12/6/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 7 | 11 | | 7 | 25 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF TORBJORN FOLKEBRANDT – 12/15/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 12 | 25 | | 13 | 3 |
| 15 | 22 | | 16 | 13 |

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 145 | 13 | | 145 | 16 |
| 145 | 25 | | 146 | 25 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF 30(b)(6) ANGEL GARCIA – 12/3/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 110 | 15 | | 110 | 16 |
| 110 | 18 | | 110 | 23 |
| 182 | 20 | | 183 | 14 |
| 207 | 5 | | 209 | 10 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF 30(b)(6) ANGEL GARCIA – 12/4/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 123 | 16 | | 125 | 18 |
| 123 | 20 | | 125 | 2 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF JORDI ILARIO – 12/5/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 216 | 12 | | 217 | 3 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF DWIGHT JAGGARD, PHD – 08/27/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 20 | 5 | | 20 | 14 |
| 22 | 12 | | 22 | 14 |
| 127 | 22 | | 128 | 2 |
| 226 | 19 | | 227 | 9 |
| 227 | 11 | | 227 | 23 |
| 227 | 25 | | 228 | 1 |
| 228 | 14 | | 229 | 17 |
| 229 | 19 | | 229 | 23 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF DWIGHT JAGGARD, PHD – 03/08/2011**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 51 | 25 | | 52 | 2 |
| 52 | 4 | | 52 | 14 |
| 54 | 20 | | 55 | 5 |
| 214 | 12 | | 214 | 18 |
| 289 | 19 | | 290 | 24 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF DWIGHT JAGGARD, PHD – 03/09/2011**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 385 | 14 | | 385 | 21 |
| 456 | 19 | | 457 | 3 |
| 481 | 1 | | 481 | 13 |
| 482 | 25 | | 483 | 15 |
| 505 | 16 | | 506 | 1 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CHRISTOPHER MARSHALL – 11/23/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 13 | 13 | | 13 | 19 |
| 24 | 21 | | 24 | 26 |
| 29 | 1 | | 29 | 21 |
| 45 | 12 | | 46 | 6 |
| 81 | 2 | | 81 | 19 |
| 81 | 21 | | 81 | 24 |
| 82 | 2 | | | |
| 82 | 5 | | 82 | 11 |
| 82 | 14 | | | |
| 82 | 18 | | 82 | 22 |
| 83 | 1 | | | |
| 83 | 3 | | 83 | 7 |
| 83 | 9 | | 83 | 15 |
| 83 | 17 | | | |

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 83 | 20 | | 83 | 23 |
| 84 | 2 | | 84 | 3 |
| 84 | 5 | | 84 | 9 |
| 84 | 12 | | 84 | 14 |
| 84 | 16 | | | |
| 84 | 19 | | 84 | 20 |
| 84 | 22 | | | |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF VINCENT PLUVINAGE –3/15/2011**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 56 | 25 | | 57 | 8 |
| 44 | 5 | | 45 | 22 |
| 49 | 15 | | 50 | 1 |
| 89 | 13 | | 89 | 19 |

**DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CARLES PUENTE – 12/10/2010**

| From | | | To | |
|---|---|---|---|---|
| Page | Line | | Page | Line |
| 315 | 25 | | 316 | 4 |
| 335 | 14 | | 335 | 20 |
| 351 | 19 | | 351 | 20 |

**DEPOSITION EXCERPTS FROM
DEPOSITION TESTIMONY OF
WARREN STUTZMAN – 3/3/2011**

| From | | | To | |
|---|---|---|---|---|
| **Page** | **Line** | | **Page** | **Line** |
| 185 | 21 | | 187 | 5 |

Dated: April 14, 2011

Respectfully submitted,

By: */s/ Genevieve Vose*
Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
Matthew Behncke
State Bar No. 24069355
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Genevieve Vose, WA State Bar No. 38422
Daniel J. Shih, WS State Bar No. 37999
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
gvose@susmangodfrey.com
dshih@susmangodfrey.com

Victoria L. Cook, State Bar No. 24031912
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3158
Facsimile: (310) 789-3009
vcook@susmangodfrey.com

Michael F. Heim, State Bar No. 09380923
Micah J. Howe, State Bar No. 24048555
Fiona A. Bell, State Bar No. 24052288
Christopher M. Koepke, State Bar No. 24070072
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710

Houston, Texas 77002
Telephone: (713) 221-2001
Facsimile: (713) 221-2021
mheim@hpcllp.com
mhowe@hpcllp.com
fbell@hpcllp.com
ckoepke@hpcllp.com

T. John Ward, Jr., State Bar No. 00794818
Jack Wesley Hill, State Bar No. 24032294
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com
wh@jwfirm.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
Daymon Jeffrey Rambin, State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

***Attorneys for FRACTUS S.A.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 14th day of April, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Genevieve Vose*
Genevieve Vose