**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| FRACTUS, S.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:09-cv-00203 |
| SAMSUNG ELECTRONICS CO., LTD.; *et al* | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**ORDER GRANTING AGREED MOTION TO DISMISS DEFENDANTS RESEARCH IN MOTION, LTD. AND RESEARCH IN MOTION CORP. PURSUANT TO FEDERAL <u>RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>**

The Court has considered the agreed motion of Plaintiff Fractus, S.A. ("Fractus") and Defendants Research In Motion, Ltd. and Research In Motion Corp. (collectively, "RIM") to dismiss, with prejudice, all claims against RIM, and any counterclaims by RIM against Fractus in light of the parties' settlement. The Court hereby GRANTS that motion. Accordingly, IT IS ORDERED that:

All claims asserted by Fractus against RIM in this case are dismissed with prejudice. Any counterclaims asserted by RIM against Fractus are also dismissed with prejudice.

**So ORDERED and SIGNED this 29th day of April, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**