IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 6:09-cv-203-LED-JDL |
| | § | |
| SAMSUNG ET AL., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal of Claims and Counterclaims Related to U.S. Patents Nos. 7,148,850 and 7,202,822, the associated covenant not to sue, and the Joint Motion to Dismiss Claims and Counterclaims Relating to U.S. Patent Nos. 7,148,850 and 7,202,822, all filed by Plaintiff Fractus, S.A. and Defendants Samsung Electronics Co., Ltd.; Samsung Telecommunications America, LLC; Samsung Electronics Research Institute; Samsung Semiconductor Europe GMBH; LG Electronics Inc; LG Electronics U.S.A., Inc.;LG Electronics Mobilecomm U.S.A., Inc.; Pantech Wireless, Inc.; Kyocera Wireless Corp.; Kyocera Communications, Inc.; HTC Corporation; and HTC America, Inc. (collectively, "Defendants"). Having considered these filings and the relevant law, the Court hereby **GRANTS** the Joint Motion to Dismiss Claims and Counterclaims Relating to U.S. Patent Nos. 7,148,850 and 7,202,822; **DISMISSES WITH PREJUDICE** all of Fractus's claims in this case against Defendants for infringement of U.S. Patent Nos. 7,148,850 and 7,202,822; and **DISMISSES WITHOUT PREJUDICE** all of Defendants' counterclaims in this case against Fractus regarding U.S. Patent Nos. 7,148,850 and 7,202,822, as well as U.S. Patent No. 7,164,386.

So ORDERED and SIGNED this 29th day of April, 2011.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

**So ORDERED and SIGNED this 29th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**