IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **FRACTUS, S.A.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 6:09-cv-203-LED-JDL |
| | § | |
| **SAMSUNG ET AL.,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court are Joint Motions *In Limine* (Doc. No. 802); Plaintiff Fractus S.A.'s Motions *In Limine* (Doc. No. 803) and Defendants' Omnibus Motions *In Limine* (Doc. No. 804). The Court held a pretrial hearing on April 20, 2011, ruling from the bench on many of the motions *in limine* ("MIL"). The Court hereby finds:

(1)    The Joint Motions *Limine* 1 - 6 (Doc. No. 802) are **GRANTED**;

(2)    Plaintiff Fractus S.A.'s motions *in limine* (Doc. No. 803):

    (a)    MIL 1: **GRANTED** as instructed regarding indefiniteness; **DEFERRED** on "polygon;"

    (b)    MIL 2: **GRANTED-IN-PART, DENIED-IN-PART**, as instructed;

    (c)    MIL 3: **GRANTED**;

    (d)    MIL 4: **GRANTED-IN-PART, DENIED-IN-PART**, as instructed;

    (e)    MIL 5: **GRANTED-IN-PART, DENIED-IN-PART**, as instructed;

    (f)    MIL 6: **GRANTED-IN-PART, DENIED-IN-PART**, as instructed;

    (g)    MIL 7: **GRANTED**;

    (h)    MIL 8: **GRANTED**;

    (i)    MIL 9: **GRANTED** as agreed; **DENIED** as to "fractal" evidence with the caveat that Defendants are foreclosed from arguing to the jury that Fractus, S.A. "misled" the Patent Office in any way;

    (j)    MIL 10: **DENIED**;

    (k)    MIL 11: **GRANTED-IN-PART, DENIED-IN-PART**, as instructed;

(3)    Defendants' Omnibus Motions *In Limine* (Doc. No. 804):

    (a)    MIL 1: **DENIED**;

    (b)    MIL 2: **DENIED**;

    (c)    MIL 3: **DENIED;**

    (d)    MIL 4: **DENIED**;

    (e)    MIL 5: **DENIED**;

    (f)    MIL 6: **GRANTED** as instructed, otherwise **DENIED**;

    (g)    MIL 7: **GRANTED AS AGREED**;

    (h)    MIL 8: **DENIED**;

    (i)    MIL 9: **GRANTED**.

**So ORDERED and SIGNED this 29th day of April, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE