IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil No. 6:09-cv-203-LED-JDL |
| SAMSUNG ET AL., | | JURY TRIAL DEMANDED |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Motion to Clarify Claim Construction (Doc. No. 854). The parties have fully briefed the matter (Doc. Nos. 887, 889, 893). The Court hereby **GRANTS-IN-PART** Defendants' motion.

In light of the parties' arguments, the Court modifies its construction of "polygon" to read, "a closed plane figure bounded by straight sides, further including circles and ellipses, where a portion of a circle or ellipse is counted as one side." An opinion will follow.

So ORDERED and SIGNED this 29th day of April, 2011.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE