**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **FRACTUS, S.A.** § <br> § <br> **Plaintiff,** § <br> § <br> vs. § <br> § <br> **SAMSUNG ELECTRONICS CO., LTD., et al.;** § <br> § <br> **Defendants.** § | **Civil Action No. 6:09cv203** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
<u>UNOPPOSED MOTION TO STAY DEADLINES</u>**

Come now Plaintiff and Defendant Pantech Wireless, Inc. ("Pantech") and file this Notice of Settlement and Unopposed Motion to Stay Deadlines for fourteen (14) days following settlement.

Plaintiff and Defendant Pantech have reached an agreement in principal that resolves all claims asserted between Plaintiff and Pantech in the above-entitled and numbered action.

Plaintiff and Pantech will memorialize the principal terms of their agreement and expect to file a stipulation of dismissal requesting that the Court dismiss with prejudice all claims and counterclaims asserted between Plaintiff and Pantech in the above-entitled and numbered action in the near future.

In light of the settlement, Plaintiff respectfully requests the Court to stay all deadlines between Plaintiff and Pantech for fourteen (14) days while they finalize the settlement.

Respectfully submitted,

By:  *T. John Ward, Jr.*
Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
Matthew Behncke
State Bar No. 24069355
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
mtribble@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Genevieve Vose, WA State Bar No. 38422
Daniel J. Shih, WS State Bar No. 37999
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
jnelson@susmangodfrey.com
gvose@susmangodfrey.com
dshih@susmangodfrey.com

Victoria L. Cook, State Bar No. 24031912
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3158
Facsimile:  (310) 789-3009
vcook@susmangodfrey.com

Michael F. Heim, State Bar No. 09380923
Micah J. Howe, State Bar No. 24048555
Fiona A. Bell, State Bar No. 24052288
Christopher M. Koepke, State Bar No. 24070072
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2001
Facsimile: (713) 221-2021
mheim@hpcllp.com
mhowe@hpcllp.com
fbell@hpcllp.com
ckoepke@hpcllp.com

T. John Ward, Jr., State Bar No. 00794818
Jack Wesley Hill, State Bar No. 24032294
WARD AND SMITH LAW FIRM

111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@wsfirm.com
wh@wsfirm.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
Daymon Jeffrey Rambin, State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Attorneys for FRACTUS S.A.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 3rd day of May, 2011.

*T. John Ward, Jr.*
T. John Ward, Jr.