# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **FRACTUS, S.A.** § § § **Plaintiff,** § § **vs.** § § **SAMSUNG ELECTRONICS CO., LTD., et al.;** § § § **Defendants.** § | **Civil Action No. 6:09cv203** **JURY TRIAL DEMANDED** |

## ORDER STAYING CERTAIN DEADLINES

The court has considered Plaintiff's Notice of Settlement and Unopposed Motion to Stay Certain Deadlines and is of the opinion that the Motion should be APPROVED.

IT IS THEREFORE ORDERED that all deadlines between Plaintiff and Defendant Pantech Wireless, Inc. are hereby stayed fourteen (14) days.