# CASE NO. 6:09-CV-203

# FRACTUS, S.A.
# V
# SAMSUNG ELECTRONICS, ET AL

## MAY 16, 2011 - JURY TRIAL
**PLEASE PRINT CLEARLY & LIST ALL CLIENT REPRESENTATIVES AND OTHER COUNSEL THAT MAY APPEAR LATER IN THE CASE**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Justin Nelson | Fractus |
| Max Tribble | " |
| Victoria Cook | " |
| Michael Heim | " |
| Johny Ward | " |
| Calvin Capshaw | " |
| Matthew Behncke | " |
| Daniel Shih | " |
| Leslie Payne | " |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# CASE NO. 6:09-CV-203

# FRACTUS, S.A.
# V
# SAMSUNG ELECTRONICS, ET AL

## MAY 16, 2011 - JURY TRIAL
### PLEASE PRINT CLEARLY & LIST ALL CLIENT REPRESENTATIVES AND OTHER COUNSEL THAT MAY APPEAR LATER IN THE CASE

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Neil Sirota | Samsung |
| Michael Barta | Samsung |
| Michael Calhoon | Samsung |
| Michael Jones | Samsung |
| Eric Acker | Kyocera |
| David Doyle | Kyocera |
| Rod Phelan | HTC |
| David Wille | HTC |
| Jeff Baxter | HTC |
| Samir Bhavsar | HTC |
| Jonathan Rubenstein | HTC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |