### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:09-CV-203 |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., et al.; | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## VERDICT FORM

In answering these questions, you are to follow the instructions I have given you in the Charge of Court.

1.  Did Fractus prove by a preponderance of the evidence that Samsung infringed, either literally or under the doctrine of equivalents, any of the following Claims?

**Answer "Yes" or "No" for each listed Claim:**



| | Literal | Doctrine of Equivalents |
|---|---|---|
| '868 Claim 26 | yes | yes |
| '868 Claim 35 | yes | yes |
| '208 Claim 7 | Yes | Yes |
| '208 Claim 12 | Yes | yes |
| '431 Claim 14 | yes | yes |
| '431 Claim 30 | Yes | yes |
| '432 Claim 6 | Yes | yes |

1

2. ANSWER THIS QUESTION ONLY FOR THOSE CLAIMS YOU ANSWERED "YES" FOR IN QUESTION 1 – OTHERWISE SKIP THIS QUESTION AND PROCEED TO QUESTION 3:

Did Fractus prove by clear and convincing evidence that Samsung's infringement of any Claim was willful?

**Answer "Yes" or "No" for each listed Claim:**

'868 Patent, Claim 26:　　yes

'868 Patent, Claim 35:　　yes

'208 Patent, Claim 7:　　yes

'208 Patent, Claim 12:　　yes

'431 Patent, Claim 14:　　yes

'431 Patent, Claim 30:　　yes

'432 Patent, Claim 6:　　yes

3.  Did Samsung prove by clear and convincing evidence that any of the following Claims are invalid for any of the following reasons?

**If you find the Claim invalid, answer "Yes," otherwise, answer "No."**
**Answer for all Claims regardless of whether you have found those claims were infringed.**

| | Anticipation | Obviousness | Written Description | Enablement |
|---|---|---|---|---|
| '868 Claim 26 | NO | NO | NO | NO |
| '868 Claim 35 | NO | NO | NO | NO |
| '208 Claim 7 | NO | NO | NO | NO |
| '208 Claim 12 | NO | NO | NO | NO |
| '431 Claim 14 | NO | NO | NO | NO |
| '431 Claim 30 | NO | NO | NO | NO |
| '432 Claim 6 | NO | NO | NO | NO |

ANSWER THIS QUESTION ONLY FOR THE CLAIMS YOU FOUND INFRINGED AND NOT INVALID:

4.  What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate Fractus for Samsung's infringement of the patent claims that you have found were infringed by Samsung?

    Damages Awarded: $ _23,129,321_____

The foreperson must sign and date this verdict form:

_5 - 23 - 11_

DATE                              FOREPERSON

4