**Appendix K**                                        Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler         DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2011 MAY 31 PM 3: 53
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # 6:09-cv-203-LED-JDL
Style: Fractus, S.A. v. Samsung Electronics Co., Ltd., et al.

2. Applicant is representing the following party/ies: Samsung Electronics Co., Ltd.; Samsung Telecommunications America LLP; Samsung Electronics Research Institute; Samsung Semiconductor Europe GMBH

3. Applicant was admitted to practice in CA, IL (state) on 12/5/06 (CA), 9/28/10 (IL) (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Supreme Court of California; Supreme Court of Illinois; U.S. Dist. Court, N.D. Cal.; U.S. Dist. Court, N.D. Ill.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Patrick M. Lonergan _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 05/30/11         Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Patrick M. Lonergan
State Bar Number 245807 (CA), 6302220 (IL)
Firm Name:   O'Melveny & Myers LLP
Address/P.O. Box:   2 Embarcadero Center, 28th Floor
City/State/Zip: San Francisco, CA  94111
Telephone #:   (415) 984-8700
Fax #:   (415) 984-8701
E-mail Address:  plonergan@omm.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on:   _____ 6/1/11 _____

*David Maland* (signature)
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk