# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 6:09-cv-00203 |
| § | | |
| SAMSUNG ELECTRONICS CO., LTD.; § | | |
| *et al* § | | JURY TRIAL DEMANDED |
| § | | |
| Defendants. § | | |

## NOTICE OF WITHDRAWAL OF ATTORNEY
## CHRISTOPHER M. KOEPKE

PLEASE TAKE NOTICE that Christopher M. Koepke withdraws as attorney of record on behalf of Plaintiff Fractus, S.A. in the above-captioned action. Mr. Koepke is no longer associated with the law firm Heim, Payne and Chorush, LLP. There are no other changes at this time regarding attorneys acting as counsel of record for Fractus.

DATED: August 18, 2011  Respectfully submitted,

/s/ Michael F. Heim

Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
E-Mail: mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Justin A. Nelson
State Bar No. 24034766
E-Mail: jnelson@susmangodfrey.com
Genevieve Vose
WA Bar No. 38422
E-Mail: gvose@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Michael F. Heim
State Bar No. 09380923
Federal ID No. 8790
E-Mail: mheim@hpcllp.com
Micah J. Howe
State Bar No. 24048555
E-Mail: mhowe@hpcllp.com
Fiona A. Bell
State Bar No. 24052288
E-Mail: fbell@hpcllp.com
Leslie V. Payne
State Bar No. 00784736
E-Mail: lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

        T. John Ward, Jr.
State Bar No. 00794818
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
E-mail: jw@jwfirm.com

S. Calvin Capshaw
State Bar No. 03783900
E-Mail:  ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
E-Mail:  ederieux@capshawlaw.com
Capshaw DeRieux LLP
114 E. Commerce Street
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

ATTORNEYS FOR PLAINTIFF FRACTUS, S.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.3.

/s/ Michael F. Heim