## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **FRACTUS, S.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:09cv203** |
| **vs.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS CO., LTD.,** *et* | § | |
| *al.,* | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## FRACTUS'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING WILLFULNESS, ENHANCED DAMAGES AND ATTORNEYS' FEES

Attached as Exhibit A is an opinion from the Federal Circuit in Bard Peripheral Vascular,

Inc. and David Goldfarb, M.D., *Plaintiffs/Counterclaim Defendants-Appellees*, and C. R. Bard, Inc.,

*Counterclaim Defendant-Appellee*, v. W. L. Gore & Associates, Inc., *Defendant/Counterclaimant-*

*Appellant,* 2010-1510, decided February 10, 2012.  This opinion is relevant to willfulness (Dkt. No.

1047) and enhanced damages and attorneys' fees (Dkt. No. 1028).

DATED:  February 15, 2012

Respectfully submitted,


By: /s/ Matthew Behncke
    Max L. Tribble, Jr. – Lead Counsel
    State Bar No. 20213950
    Matthew Behncke
    State Bar No. 24069355
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    mtribble@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Genevieve Vose, WA State Bar No. 38422
Daniel J. Shih, WS State Bar No. 37999
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
gvose@susmangodfrey.com
dshih@susmangodfrey.com

Victoria L. Cook, State Bar No. 24031912
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3158
Facsimile:  (310) 789-3009
vcook@susmangodfrey.com

Michael F. Heim, State Bar No. 09380923
Micah J. Howe, State Bar No. 24048555
Fiona A. Bell, State Bar No. 24052288
Christopher M. Koepke, State Bar No. 24070072
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2001
Facsimile: (713) 221-2021
mheim@hpcllp.com
mhowe@hpcllp.com
fbell@hpcllp.com
ckoepke@hpcllp.com

T. John Ward, Jr., State Bar No. 00794818
Jack Wesley Hill, State Bar No. 24032294
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com
wh@jwfirm.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
Daymon Jeffrey Rambin, State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

*Attorneys for Plaintiff FRACTUS S.A. .*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 15th day of February, 2012 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/  Matthew Behncke*

3