IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:09-CV-203 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., et al. | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO AMEND FINAL JUDGMENT**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion to Amend Final Judgment. Having considered the Motion, the Court finds that is should be, and is hereby, GRANTED, and the Court hereby ORDERS that Samsung Electronics America, Inc. be removed as a party to the Final Judgment.

**So ORDERED and SIGNED this 24th day of July, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**