Case: 12-1633 Document: 73 Page: 1 Filed: 03/28/2014

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRACTUS, S.A.,**
*Plaintiff-Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG ELECTRONICS RESEARCH INSTITUTE, AND SAMSUNG SEMICONDUCTOR EUROPE GMBH,**
*Defendants-Appellants*

---

2012-1633

---

Appeal from the United States District Court for the Eastern District of Texas in No. 09-CV-0203, Judge Leonard Davis.

---

**ON MOTION**

---

Before RADER, *Chief Judge,* PROST, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

2                        FRACTUS, S.A. v. SAMSUNG ELECTRONICS CO.

The parties jointly move to dismiss appeal 2012-1633 pursuant to Federal Rule of Appellate Procedure 42(b),

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) Motions currently pending are rendered moot.

FOR THE COURT

March 28, 2014                  /s/Daniel E. O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court

ISSUED AS A MANDATE: March 28, 2014